ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      Program Litigation 1 | Law & Policy
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4822
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAINE JESS OLIVER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | No.  2:25-cv-02667-JDP<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from January 29 to March 2, 2026.  This is Defendant's first request for an extension of time to respond to Plaintiff's brief.  Defendant respectfully requests this additional time because counsel was recently assigned the case and currently has eight district court briefs due from January 20 to January 29, 2026.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before March 2, 2026;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before March 16, 2026).

Respectfully submitted,

DATE: January 13, 2026

*/s/ Francesco P. Benavides**
FRANCESCO P. BENAVIDES
Attorney for Plaintiff
(* approved via email on 1/13/26)

ERIC GRANT
United States Attorney

DATE: January 13, 2026    By    *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:    January 16, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2