ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
        Program Litigation 1 | Law & Policy
        Social Security Administration
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (510) 970-4822
        E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LAINE JESS OLIVER,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>        Defendant. | Case No.: 2:25-cv-2667-JDP<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff an opportunity to submit additional evidence; further develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stip. For Voluntary Remand;  Case 2:25-cv-02667-JDP        1

Respectfully submitted,

Dated:    February 26, 2026          /s/ Francesco P. Benavides *
                                     FRANCESCO P. BENAVIDES
                                     Attorney for Plaintiff
                                     (* approved via email on 2/25/26)


Dated: February 26, 2026             ERIC GRANT
                                     United States Attorney

                          By:        /s/ Marcelo Illarmo
                                     MARCELO ILLARMO
                                     Special Assistant United States Attorney

                                     Attorneys for Defendant


**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of

42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT

IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is

remanded to the Commissioner of Social Security for further proceedings consistent with the

terms of the Stipulation to Remand.  Further, plaintiff's motion for summary judgment, ECF No.

12, is DENIED as moot.

IT IS SO ORDERED.


Dated:    February 26, 2026          _____
                                     JEREMY D. PETERSON
                                     UNITED STATES MAGISTRATE JUDGE


Stip. For Voluntary Remand;  Case 2:25-cv-02667-JDP          2